IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRADLEY D. FULLER,** | CASE NO. 3:22 CV 197 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | **JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued by the Court this same date, the Court REVERSES the Commissioner's final decision and REMANDS the case for further proceedings.

IT IS SO ORDERED.

Dated: January 17, 2023

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE